IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02363-WDM-MJW

ASPEN VALLEY RANCH, LLC,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO,

    Defendant.

## ORDER ON MOTION TO CONTINUE

Miller, J.

This matter is before me on the Plaintiff's Unopposed Motion to Continue Preliminary Injunction Hearing (doc no 20). The parties seek to vacate the hearing on Plaintiff's Motion for a Preliminary Injunction, scheduled for February 17, 2009, in order to continue discussions to resolve the dispute. I will grant the motion upon the parties' rescheduling of the hearing date.

Accordingly, it is ordered:

1. The parties shall schedule an alternative date for the preliminary injunction hearing.

DATED at Denver, Colorado, on February 13, 2009.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge

PDF FINAL