IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 08-cv-02363-WDM-MJW

ASPEN VALLEY RANCH, LLC,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO,

    Defendant.
_____

## MINUTE ORDER
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to withdraw motion for preliminary injunction is granted.

Dated:  June 30, 2009

                                            s/ Jane Trexler, Judicial Assistant