IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02363-WDM-MJW

ASPEN VALLEY RANCH, LLC,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO,

    Defendant.

---

### ORDER FOR CONTINUED STAY OF PROCEEDINGS
(Docket no. 32 And 34)

---

    THIS case is before me on parties' Status Report and Joint Motion to Continue Stay of Proceedings. This case concerns a land use approval issued to Plaintiff and a condition of that approval concerning whether a public road traverses Plaintiff's property. The parties previously indicated that they were negotiating the terms of a proposed settlement that, if successfully concluded, would resolve the issues in this case, and requested a stay of proceedings through November 30, 2009, in order to continue negotiations and to obtain certain consents from third parties necessary for the contemplated settlement. The parties indicate that they are continuing to make process, but require additional time. They now request a further stay of proceedings, to and including February 28, 2010, in order to continue the settlement process.

    ACCORDINGLY, it is ordered that the Joint Motion to Continue Stay of Proceedings (doc. no. 32 And 34) is granted. This case is stayed until February 28, 2010. If the case is not dismissed

935206.1

before that date, the parties shall file a status report on March 1, 2010, advising of the status of the matter and the parties' intent.

Dated at Denver, Colorado, on December 2nd, 2009.

BY THE COURT

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO