IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02363-WDM-MJW

ASPEN VALLEY RANCH, LLC,
a Delaware limited liability company,

Plaintiff(s),

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Status Report and Joint Motion to Continue Stay of Proceedings, DN 39, filed with the Court on March 1, 2010, is GRANTED and this case shall be STAYED as to all further proceedings, up to and including June 1, 2010.

     It is FURTHER ORDERED that the parties shall submit an updated Status Report to the Court on or before June 1, 2010.

Date: March 8, 2010