# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  08-cv-02363-REB-MJW

ASPEN VALLEY RANCH, LLC, a Delaware limited liability company.

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn J.**

    The matter is before me on the **Joint Motion To Dismiss** [#51][1] filed November 2, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion To Dismiss** [#51] filed November 2, 2011, is **GRANTED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 2, 2011, at Denver, Colorado.

                    **BY THE COURT:**

                    */s/ Robert E. Blackburn*
                    Robert E. Blackburn
                    United States District Judge

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.